LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

19 674MJ

------------------------------X

UNITED STATES OF AMERICA

- against -

NICOLE MEKERIDIS,

         Defendant.

------------------------------X

C O M P L A I N T

(21 U.S.C. § 846)

EASTERN DISTRICT OF NEW YORK, SS:

        MICHAEL J. FERNANDEZ, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        On or about and between July 1, 2019 and July 23, 2019, within the Eastern District of New York and elsewhere, the defendant NICOLE MEKERIDIS did knowingly and intentionally conspire to distribute ecstasy (MDMA), a schedule I controlled substance, in violation of Title 21, U.S.C. § 841(a)(1).

        (Title 21, United States Code, Section 846)

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations and have been involved in the investigation of numerous cases involving narcotics trafficking. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On July 17, 2019, Customs and Border Protection ("CBP") at JFK International Airport in Queens, New York, examined a package from Deutschland destined for Huntington, New York. Upon examination, numerous candy containers filled with ecstasy pills were discovered. One of the tablets was removed and field-tested positive for the properties of ecstasy. The ecstasy pills, totaling approximately 925 grams was seized by CBP. The package was addressed to Darin Jenkins, 216 Broadway Greenlawn Road, Huntington, New York 11743 (the PREMISES).

3. Law enforcement officers went to the PREMISES and interviewed the defendant NICOLE MEKERIDIS. After being Mirandized, and waiving her rights, the defendant MEKERIDIS admitted that she was Darin Jenkins and that the ecstasy was sent to her at the direction of a third party to whom she was planning to give the ecstasy for distribution.

4.  WHEREFORE, your deponent respectfully requests that the defendant NICOLE MEKERIDIS, be dealt with according to law.

 _____
MICHAEL J. FERNANDEZ
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
24th day of July, 2019

_____
THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK